No. 02–1136.  BRECKENRIDGE ET UX. *v.* NATIONSBANK OF TEXAS, N. A.  Ct. App. Tex., 6th Dist.  Certiorari denied.  JUS-

TICE BREYER took no part in the consideration or decision of this petition.